**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Meghan Pardis.

# IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:15-CR-176 TLN |
| ) | No. 1:15-CR-242-TLN |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | CONTINUING PLEA HEARING |
| MEGHAN PARADIS, ) | |
| ) | |
| Defendant. ) | |

It is hereby stipulated between the parties that plea hearing this matter, as to this defendant only, be continued to March 30, 2017, at 9:30 AM. The parties are in discussions and finalizing the terms of the plea agreement.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 16, 2017 to March 30, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B (iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's

finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h).

    4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

    Dated: March 15, 2017    Respectfully submitted,

                                      /s/MICHAEL B. BIGELOW
                                      Michael B. Bigelow
                                      Attorney for Defendant

**IT IS SO STIPULATED**

DATED: March 15, 2017        /s/MICHAEL B. BIGELOW
                                      Michael B. Bigelow
                                      Attorney for Defendant

DATED: March 15, 2017        /s/ANDRE ESPINOSA
                                      Andre Espinosa
                                      Assistant United States Attorney

**ORDER**

**IT IS ORDERED:** that pursuant to stipulation the above matter shall be continued until March 30, 2017 at 9:30 AM, and time excluded for the reasons set forth above.

DATED:  March 15, 2017

_____
Troy L. Nunley
United States District Judge