1

**MICHAEL B. BIGELOW**
**Attorney at Law**

2

State Bar No. 65211
331 J Street, Suite 200

3

Sacramento, CA 95814
Telephone: (916) 443-0217

4

Email: LawOffice.mbigelow@gmail.com

5

Attorney for Defendant
Meghan Pardis.

6

7

### IN THE UNITED STATES DISTRICT COURT
### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9

UNITED STATES OF AMERICA             )       Case No. 2:15-CR-176 TLN
                                     )             No. 1:15-CR-242-TLN

10

         Plaintiff,                  )
                                     )

11

              v.                     )       STIPULATION AND ORDER
                                     )       CONTINUING PLEA HEARING

12

MEGHAN PARADIS,                      )
                                     )

13

         Defendant.                  )

14

_____   )

15

16

        It is hereby stipulated between the parties that plea

17

hearing this matter, as to this defendant only, be continued to

18

March 30, 2017, at 9:30 AM. The parties are in discussions and

19

finalizing the terms of the plea agreement.

20

        For the purpose of computing time under the Speedy Trial Act,

21

18 U.S.C. § 3161, et seq., within which trial must commence, the

22

time period of March 16, 2017 to March 30, 2017, inclusive, is

23

deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B (iv)

24

[Local Code T4] because it results from a continuance granted by

25

the Court at defendant's request on the basis of the Court's

-1-

finding that the ends of justice served by taking such action

outweigh the best interest of the public and the defendant in a

speedy trial pursuant to 18 U.S.C. § 3161(h).

    4.   Nothing in this stipulation and order shall preclude a

finding that other provisions of the Speedy Trial Act dictate that

additional time periods are excludable from the period within

which a trial must commence.


    Dated: March 15, 2017       Respectfully submitted,

                          /s/MICHAEL B. BIGELOW
                          Michael B. Bigelow
                          Attorney for Defendant


**IT IS SO STIPULATED**


DATED: March 15, 2017       /s/MICHAEL B. BIGELOW
                          Michael B. Bigelow
                          Attorney for Defendant


DATED: March 15, 2017       /s/ANDRE ESPINOSA
                          Andre Espinosa
                          Assistant United States Attorney

1

## ORDER

2      **IT IS ORDERED:** that pursuant to stipulation the above matter

3 shall be continued until March 30, 2017 at 9:30 AM, and time

4 excluded for the reasons set forth above.

5

6

7

DATED:   March 15, 2017

8                                         Troy L. Nunley
                                          United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25