WRAY PLUMMER (SBN 215464)
ATTORNEY AT LAW
770 L Street, Suite 950
Sacramento, CA 95814
Telephone:  (916) 241-3434
Facsimile:   (916) 594-0925

Attorney for Defendant
MEGHAN PARADIS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MEGHAN PARADIS,<br><br>Defendant. | CASE NO. 2:15-cr-000176-005 TLN<br>CASE NO. 1:15-cr-000242-002 TLN<br><br>**STIPULATION REGARDING CONTINUANCE OF ADMIT / DENY HEARING; FINDINGS AND ORDER**<br><br>DATE: December 2, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Defendant, Meghan Paradis, by and through her counsel, Wray Plummer, and the Government, by and through its counsel, Sam Stefanki, hereby stipulate as follows:

1. By previous order, this matter was set for admit/deny hearing on December 2, 2021.

2. By this stipulation, the parties now move to continue the admit/deny hearing until January 27, 2022, at 9:30 a.m.

3. The Parties agree and stipulate, and request that the Court find the following:

    a. Counsel for the defendant desires additional time to meet with the defendant and discuss the upcoming hearing. Defense counsel's ability to do so has been hampered by the continuing fallout from the COVID-19 pandemic.

    b. The government does not object to the continuance.

    c. The provisions of the Speedy Trial Act are inapplicable because this matter is before

the Court due to the defendant's violation of the terms of his supervised release.

IT IS SO STIPULATED.

Dated: November 29, 2021            /s/ WRAY PLUMMER
                                                   WRAY PLUMMER
                                                   Counsel for Defendant
                                                   MEGHAN PARADIS

Dated: November 29, 2021            PHILLIP A. TALBERT
                                                   Acting United States Attorney

                                                   /s/ SAM STEFANKI
                                                   SAM STEFANKI
                                                   Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 29th day of November, 2021.

_____
Troy L. Nunley
United States District Judge