TASHA PARIS CHALFANT (SBN 207055)
THE LAW OFFICE OF TASHA PARIS CHALFANT
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Tel. (916) 444-6100
Fax (916) 930-6093
E-mail: tashachalfant@gmail.com

Attorney for Defendant
MEGHAN PARADIS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-cr-0176 TLN |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; FINDINGS AND ORDER |
| v. | |
| MEGHAN PARADIS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorney SAMUEL STEFANKI, and the Defendant, MEGHAN, by and through her counsel of record TASHA PARIS CHALFANT, hereby stipulate and request that the Court make the following findings and Order as follows:

    1.    By previous order, this matter was set for an admit/deny hearing on April 20, 2023.

    2.    By this stipulation, the defendant now moves to continue the admit/deny hearing until May 4, 2023, and vacate the April 20, 2023.

    3.    The parties agree and stipulate, and request that the Court find the following:

    a.    The government has produced approximately 10 pages of investigative reports in

STIPULATION AND ORDER FOR CONTINUANCE OF ADMIT/DENY HEARING

1

electronic form, and some audio files.  Additional discovery is forthcoming in the near future.

  b. Counsel for the defendant desires additional time to review the discovery, develop the case, conduct investigation, consult with her client, discuss potential resolution, and to explain the consequences and guidelines.

  c. Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d. The government does not object to the continuance and probation is agreeable.

All counsel has reviewed this proposed order and authorized Tasha Chalfant to sign it on their behalf.

IT IS SO STIPULATED.

Dated:  April 15, 2023  by: */s/Tasha Chalfant for*
          SAMUEL STEFANKI
          Assistant U.S. Attorney
          Attorney for Plaintiff

Dated:  April 15, 2023  by: */s/Tasha Chalfant*
          TASHA CHALFANT
          Attorney for Defendant
          MEGHAN PARADIS

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

It is further ordered that the presently set admit/deny hearing on April 20, 2023 be vacated and shall be continued to May 4, 2023, at 9:30 a.m.

IT IS SO FOUND AND ORDERED this 17th day of April, 2023.

_____
Troy L. Nunley
United States District Judge